# Court of Appeals
# of the State of Georgia

ATLANTA,  June 27, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0061.   CHRISTOPHER M. HUNT v. DEUTSCHE BANK TRUST COMPANY AMERICAS.**

Upon consideration of the Emergency Verified Motion for Temporary Restraining Order and/or Preliminary Injunction filed by Christopher M. Hunt, said motion is hereby DENIED.  Court of Appeals Rule 40.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  06/27/2019*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*